# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Jennifer Michelle Hughes-Arnett, <br><br> Plaintiff(s), <br><br> vs. <br><br> Andrew M. Saul, <br><br> Defendant(s). | JUDGMENT IN CASE <br><br> 5:20-cv-00025-KDB-DCK |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2021 Order.

March 12, 2021

Frank G. Johns, Clerk
United States District Court