IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JENNIFER HUGHES-ARNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 5:20-cv-00025-KDB-DCK |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $4,765.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Olinsky Law Group, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED.**

Signed: June 24, 2021

Kenneth D. Bell
United States District Judge